## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**In the matter of:**

| | |
|---|---|
| **EASTERN COAL CORPORATION** | ) |
| **Petitioners,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BRENDA J. SLONE, Widow** | ) No.: 14-3651 |
| **of TAYLOR SLONE** | ) |
| | ) |
| **and** | ) |
| | ) |
| **DIRECTOR, OFFICE OF WORKERS'** | ) |
| **COMPENSATION PROGRAMS,** | ) |
| **UNITED STATES DEPARTMENT OF LABOR,** | ) |
| **Respondents** | ) |

## <u>PETITIONER'S MOTION TO HOLD APPEAL IN ABEYANCE</u>

For the following reasons, Eastern Coal Corporation, respectfully requests the Court hold this appeal in abeyance pending its forthcoming decision in <u>Peabody Coal Co. v. Eva E. Hill</u>, Case No.: 12-4366, which is under submission and awaiting a decision. The ruling in that case will affect the outcome in this appeal.

1.     Eastern Coal Corporation, petitioned this Court for review of a Benefits Review Board decision affirming an award in federal black lung benefits to Taylor Slone. The decision affirmed an award of automatic benefits

under Section 1556 from the Patient Protection and Affordable Care Act (PPACA), Pub. L. No. 111-148, § 1556 (2010). The issues here are whether the Department of Labor's interpretation of 1556(c) of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148, § 1556 (March 23, 2010) ("PPACA") violates constitutional principles of finality under Pittston Coal Group v. Sebben, 488 U.S. 105 (1988) and separation of powers as articulated in Plaut v. Spendthrift Farm, Inc., 514 U.S. 211 (1995). Those issues will be decided in Case No.: 12-4366. That case is submitted on briefs and is awaiting a decision from the panel.

2.    The Court has a petition before it, which is identified above, that raises common legal issues like those in this case. Resolution of that case will answer the issues in this appeal. The Court placed Bullion Hollow Enterprises, In v. Genevel Sexton, et al, Case No.: 12-4519 and Kentland Elkhorn Coal Co. v. Betty Miller, et al, Case No.: 13-3375 in abeyance until the decision in Peabody Coal Co. v. Eva E. Hill, Case No.: 12-4366. Holding this case in abeyance pending the Court's decision may also save the parties and the Court unnecessary efforts, minimize confusion, and eliminate the need for briefs.

3.    The requested relief is not without precedent. This Court wisely held a number of cases in abeyance pending its decision in Vision Processing, LLC v. Christie Groves, Case No.: 11-3702. Resolution of that lead case disposed of numerous cases with commonality in the legal issues and saved the parties and

the Court unnecessary effort. The Court should stay this appeal until the final decision in Peabody Coal Co. v. Eva E. Hill, Case No.: 12-4366 for those same reasons.

4.      A determination to hold one case pending the decision in another is entrusted to judicial discretion, but the discretion is subject to criteria. The criteria under Landis v. North Am. Co., 299 U.S. 248, 254-55 (1936) require the Court to weigh the relative harm that will occur to each of the parties and reach a fair balance. Mrs. Slone is receiving benefits from the Black Lung Disability Trust Fund, 20 C.F.R. § 725.522 (a), and it is of no concern to her who pays. Under the law the Black Lung Disability Trust Fund is entitled to recover anything it pays with interest if this petition is denied. Eastern Coal Corporation, on the other hand, is subject to penalties for non-payment and has no effective recourse to recover benefit payments made under laws that may be found invalid.

WHEREFORE, for these reasons, Eastern Coal Corporation respectfully asks this Court to hold this appeal in abeyance pending the Court's forthcoming decision in Peabody Coal Co. v. Eva E. Hill, Case No.: 12-4366.

Respectfully Submitted,

/s/James M. Kennedy
James M. Kennedy, Esq.
Baird and Baird, P.S.C.
841 Corporate Dr., Suite 101
Lexington, Kentucky 40503
(859) 224-7750

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2014, the foregoing MOTION TO HOLD APPEAL IN ABEYANCE was served on this Court and sent to the following parties electronically through the CM/ECF notification system:

Patricia May Nece, Esq.
Gary K. Stearman, Esq.
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2117
Washington, DC 20210

Joseph E. Wolfe, Esq.
Ryan Christopher Gilligan, Esq.
Wolfe, Williams, Rutherford & Reynolds
P. O. Box 625
Norton, VA  24273

<u>s/James M. Kennedy</u>
James M. Kennedy