**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| EASTERN COAL CORPORATION )<br>      Petitioner, )<br>)<br>v. ) Nos.   14-3651<br>)<br>)<br>BRENDA J. SLONE, )<br>Widow of TAYLOR SLONE, and )<br>DIRECTOR, OFFICE OF WORKERS' )<br>COMPENSATION PROGRAMS, )<br>)<br>      Respondents. ) | |

**MOTION FOR ATTORNEY'S FEES**

    Comes now Attorney Joseph E. Wolfe, Counsel for Brenda J. Slone, Widow of Taylor Slone, and in accordance with 33 U.S.C. §928, as implemented by the regulations of the Department of Labor at 20 C.F.R. §§ 725.366 and 802.203, moves this Court for the award of representative's fees in the amount of $912.50, for my services rendered while this case was before this Court.  We have not requested or received any fee for the services rendered to the miner in any claim for pneumoconiosis (black lung) benefits before any State or other Federal Agency.

    Itemized time sheets are attached hereto as "Exhibit A" identifying the timekeeper, the task, and the time spent on each task.  I am requesting $300.00 per hour for Joseph E. Wolfe, Esquire (1.75 hrs. @ $300.00/hr. = $525.00); $150.00 per hour for Brad A. Austin, Esquire (.25 hrs. @ $150.00/hr. = $37.50);

1

$150.00 per hour for Rachel M. Barnhill, Esquire (2.0 hrs. @ $150.00/hr. = $300.00) and $100.00 per hour for legal assistant time (.50 hrs. @ $100.00/hr. = $50.00). Please be advised that these are our customary billing rates for black lung, and Counsel has received these same rates in the recent past. The total number of hours billed in this case is practical considering the issues raised by Petitioner.

As to the hourly rates requested, Attorney Wolfe has well over thirty-two years of experience representing coal miners and is a 1975 graduate of the University of Virginia Law School. Attorney Wolfe is rated by Martindale-Hubbell as possessing a high to very high legal ability, and very high ethical standards. Attorney Austin is a 2013 Graduate of the Appalachian School of Law. He has been a member of the Virginia State Bar since October of 2013. Attorney Barnhill is a December 2011 Graduate of Florida State College of Law. She has been a member of the Virginia State Bar since June 2013. The qualifications of our legal assistants are attached hereto as "Exhibit B."

Our firm represents clients over a very broad regional and national basis, and our attorneys actively assist in furthering the education of black lung representatives at conferences, and seminars. For example, Attorneys Wolfe and Attorney Ryan Gilligan presented at a national black lung conference in Pigeon

Forge, Tennessee in September 2010 on a panel with medical experts on the medical and legal aspects of Federal black lung. Attorney Gilligan presented on a similar panel at a national conference in Albuquerque, New Mexico in August 2012. Attorney Gilligan also co-presented with attorneys from Jackson Kelly, PLLC in March 2013 at a continuing legal education seminar in Grundy, Virginia regarding legal changes in Federal black lung.

Attached to this Motion are examples of the fees charged by Jackson Kelly, PLLC, and Greenberg Traurig, LLP. ("Exhibit C", "Exhibit D" and "Exhibit E"). This evidence shows that our hourly rates are consistent with those charged by attorneys representing the coal companies, and claimants. We would note that the attorneys' representing coal companies do not receive fees on a contingent basis, and it is highly unlikely that they experience the extreme delay in payment that miners' attorneys face.

The hourly rates requested are reasonable in light of the experience and qualifications of the representatives, evidence of similar fees awarded in the past, and the rates listed in The National Law Journal's 2014 Survey of Law Firm Economics for the South Atlantic region where our firm primarily practices.[1] (A copy of the ALM Legal Intelligence survey is attached as

---

[1] The National Law Journal's 2014 Survey of Law Firm Economics provides "evidence of the market rate, but [standing alone does] not set the rate." *B & G Min., Inc. v. Director, OWCP[Bentley]*, 522 F.3d 657, 644 (6th Cir. 2008)

"Exhibit F".) Our hourly rates are also reasonable bearing in mind the risk of loss associated with the Federal black lung practice, and the extreme delay in payment for the successful prosecution of a claim.[2]

As support for the hourly rates requested with this motion, we have attached a list of cases ("Exhibit G ") where the timekeepers listed have received similar rates in black lung claims.[3] Ninety-nine percent of our firm's work is performed on a contingency basis, but it is within this Court's discretion to consider this evidence when arriving at a reasonable hourly rates. *See Gosnell*, 2013 WL 3929100, Bentley, 522 F.3d 657, *and Cox*, 602 F.3d 276.

Counsel for Eastern Associated Coal Corporation was contacted and will not object to the granting of this motion. Counsel for the Department of Labor was not contacted because the Department of Labor did not participate in this appeal, and it is not liable for the payment of the attorney's fees in this case. *See* 20 C.F.R. §725.367(a)

---

[2] At this time, "[t]here are few financial incentives for lawyers to take black lung claimants' cases. . . According to DOL officials, attorneys are not inclined to take claimants' cases due to a low probability of success." U.S. Gov't Accountability Office, GAO-10-7, Black Lung Benefits Program: Administrative and Structural Changes Could Improve Miners' Ability to Pursue Claims, 26 (2009). *located at* http://www.gao.gov/assets/300/297807.pdf
[3] Copies of these decisions are included in the two-part addendum associated with this Motion.

4

Based on the foregoing, Counsel for Brenda J. Slone, Widow of Taylor Slone, requests the U.S. Court of Appeals for the Sixth Circuit to grant this Motion for Attorney Fees.

                                            Respectfully Submitted,

                                            <u>/s/ Joseph E. Wolfe</u>
                                            Joseph E. Wolfe

## **Certificate**

I hereby certified that a true and correct copy of the foregoing Amended Motion for Attorney Fees has been mailed first class mail to:

Brenda J. Slone, Widow of Taylor Slone
[Personal address omitted for privacy]

On this the 9th day of October, 2014

I certify that I electronically filed this Amended Motion for Attorney's Fees using the Court's CM/ECF system on this the 9th day of October, 2014, to all registered CM/ECF users.


/s/ Joseph E. Wolfe
Joseph E. Wolfe, Esq.