No. 14-3651

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Feb 24, 2015
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| EASTERN COAL CORPORATION, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>BRENDA J. SLONE, Widow of Taylor Slone, et )<br>al., )<br>    Respondents. ) | O R D E R |

This cause comes before the court upon an application by counsel for the respondent Brenda J. Slone, widow of Taylor Slone, for an award of attorney fees under Section 28 of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 928, as incorporated in the Black Lung Benefits Act, as amended, 30 U.S.C. § 932. Counsel have requested a fee of $912.50. Petitioner does not oppose the request.

Upon review of the application, the court awards fees in the amount requested.

                                    ENTERED BY ORDER OF THE COURT

                                    Deborah S. Hunt, Clerk